UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**PROSPERITY HANDS, LLC, ELOISE JONES and ROBERT JONES,**

      **Plaintiffs,**

v.

**Case No. 2015-cv 00483**

**STATE FARM FIRE AND CASUALTY COMPANY,**

      **Defendant.**

---

## STIPULATION

---

IT IS STIPULATED, by and between the parties by their respective attorneys, as follows:

1. Plaintiffs, Prosperity Hands, LLC, Eloise Jones and Robert Jones, waive their rights to appeal from the judgment dismissing their claims; and

2. Defendant, State Farm Fire and Casualty Company, waives its right to tax costs.

| | |
|---|---|
| 2/13/17<br>Date | LAW OFFICES OF ROBERT A. LEVINE<br><br>*s/Robert A. Levine*<br>_____<br>Robert A. Levine SBN 1011065<br>Attorneys for Plaintiffs |
| 2/13/17<br>Date | BOARDMAN & CLARK LLP<br><br>*s/Claude J. Covelli*<br>_____<br>Claude J. Covelli, SBN: 1014833<br>Attorneys for defendant |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 13, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification electronically to all attorneys of record.

                                                    *s/Vickie Hackbarth*
                                                    Vickie Hackbarth